## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE:    JULIO CESAR VEGA             CHAPTER 13
           LUSIA AYALA VEGA            CASE NO.: 14-41272
           15629 E 63RD SOUTH

           DERBY KS 67037

### TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

-   COMES NOW the Chapter 13 Trustee and for his Objection to Confirmation and Motion to Dismiss alleges and states that:

The Plan does not meet the requirements of 11 U.S.C. 1322 and is not confirmable under 11 U.S.C. 1325 for the reason(s) stated as follows:

DEBTORS' PLAN DOES NOT SATISFY THE 1325(a)(4) BEST INTEREST OF CREDITORS TEST BECAUSE OF FAILURE TO PAY THE VALUE OF MONEY IN ACCOUNTS, FRAUDULENT CONVEYANCES AND PREFERENCES. SCHEDULES ARE NOT COMPLETE--I & J AND UNANSWERED Q.#14 IN THE STATEMENT OF FINANCIAL AFFAIRS; NO INCOME AND EXPENSE STATEMENTS FOR BUSINESS, SCHEDULE B NOT COMPLETE.  OTHER OBJECTIONS RESERVED PENDING COMPLETION OF DISCOVERY.

If the Objections of the Trustee cannot be promptly remedied, the Court is requested to dismiss this case pursuant to 11 U.S.C. 1307 for unreasonable delay by the debtor that is prejudicial to the creditors.

WHEREFORE, the Trustee prays the Court deny confirmation of the Plan filed in this case; that the case be dismissed and for such other further relief as the Court may deem just and equitable in the premises.

Dated: November 6, 2014            _s/ - JAN HAMILTON, TRUSTEE_
                                PO Box 3527, Topeka, KS 66601
                                jan.hamilton@topeka13trustee.com

FG130/1/JR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS


IN RE:    JULIO CESAR VEGA               CHAPTER 13
           LUSIA AYALA VEGA              CASE NO.: 14-41272
           15629 E 63RD SOUTH

           DERBY KS 67037

**TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**


### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing on the above Motion will be held before the U.S. Bankruptcy Court, 444 SE Quincy, Room 210, Topeka, Kansas 66683 on Wed December 17, 2014 at 9:00 AM.


### CERTIFICATE OF SERVICE

I certify that I electronically filed the above and foregoing Objection with the Court via the CM/ECF system, which notices all interested parties using the CM/ECF system. I have also mailed this pleading first class, to the debtor and the following parties on this date: November 6, 2014.


FG130/2/JR                                          s/ - JAN HAMILTON, TRUSTEE



cc:      DAVID P ERON                    JULIO CESAR VEGA
         ERON LAW OFFICE                LUSIA AYALA VEGA
         229 E WILLIAM STE 100       15629 E 63RD SOUTH
         WICHITA  KS 67202

                                       DERBY KS 67037

_