**SO ORDERED.**

**SIGNED this 7th day of November, 2014.**



_____
Janice Miller Karlin
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re: | |
| JULIO AND LUSIA VEGA, | CASE NO: 14−41272-13 JMK |
| DEBTORS. | |

### <u>AGREED ORDER GRANTING TRUSTEE'S MOTION TO DISMISS</u>

  This matter comes before the Court on the Motion to Dismiss filed by the Chapter 13

Trustee, Jan Hamilton.  The Debtors, appearing by and through their attorney, David P. Eron,

consent to dismissal of the case.  Based upon the agreement of the parties, the Court HEREBY

ORDERS THAT that:

  1. The Motion shall be and hereby is GRANTED.

  2. The above-captioned chapter 13 is DISMISSED.

       IT IS SO ORDERED.

        ###

SUBMITTED BY:

CHAPTER 13 TRUSTEE

*/s/ Jan Hamilton*
JAN HAMILTON
507−9 SW Jackson
PO Box 3527
Topeka, KS 66601−3527
Telephone number: (785) 234−1551
jan.hamilton@topeka13trustee.com


ERON LAW, P.A.
Attorneys for the Debtors

*/s/ David P. Eron*
DAVID P. ERON
Kansas Sup. Ct. No. 23429
229 E. William, Suite 100
Wichita, KS 67202
316-262-5500
316-262-5559 (fax)
david@eronlaw.net